IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:11-CV-113-DCK

| BEVERLY D. WHITE and | ) |
| VICTOR A. WHITE, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| WAL-MART STORES EAST, LP, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes.

The trial in this case is currently scheduled for the April 2, 2012 trial term. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. §636(c). Therefore, the Court in its discretion, will move the trial date to the **July 30, 2012** trial term.

**IT IS SO ORDERED**.

Signed: December 13, 2011

David C. Keesler
United States Magistrate Judge