IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:11-CV-113-DCK

| BEVERLY D. WHITE and VICTOR A. WHITE, | ) |  |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | **ORDER** |
| WAL-MART STORES EAST, LP, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the settlement of this case. The mediator, Rex C. Morgan, filed a "Certification of ADR Session" (Document No. 11) notifying the Court that the parties reached a settlement on December 20, 2011. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **February 3, 2012**.

Signed: January 3, 2012

David C. Keesler
United States Magistrate Judge